

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

# MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/11/2020
```

November 11, 2020

**VIA ECF**

Hon. Judge Caproni

United States District Judge

Southern District of New York

40 Foley Square

New York, NY 10007

    Re:    <u>Paguada v. Wagan Corporation</u>
           Case No. 1:20-cv-05524-VEC

Dear Judge Caproni,

    The undersigned represents Plaintiff Dilenia Paguada (hereinafter "Plaintiff") in the above-referenced matter.

    The initial conference for this matter is set for November 20, 2020. Defendant was served on August 3, 2020 and has yet to appear. It is now November 11, 2020, and Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

    Accordingly, the undersigned requests that the November 20th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to obtain the Certificate of Default and present the Court with an Order to Show Cause for default judgment.

    Thank you for your time and consideration of the above request.

    <u>/s/Mars Khaimov</u>
    Mars Khaimov, Esq., **Principal**
    **Mars Khaimov Law, PLLC**



Plaintiff's application for a default judgment is premature.  Per the Court's July 21, 2020 order, Defendant's time to move against or answer the Complaint is stayed until the date of the IPTC, unless otherwise ordered.  The IPTC is scheduled for November 20, 2020, and the Court has not issued any other order regarding Defendant's time to respond to the Complaint.  Plaintiff's counsel is instructed to carefully read this Court's orders before filing any further motions in this case.

The November 20, 2020 IPTC is ADJOURNED *sine die*.  Plaintiff must serve this order on Defendant not later than **November 16, 2020**, and file proof of service on the docket not later than **November 18, 2020**.  If counsel for Defendant fails to appear and communicate with Plaintiff's counsel by **November 20, 2020**, Plaintiff must apply for a default judgment in accordance with this Court's Individual Practices not later than **December 11, 2020**.

SO ORDERED.

11/11/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE