USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DILENIA PAGUADA, on behalf of herself and :
all others similarly situated, :
                                                               :
                                   Plaintiff, :         20-CV-5524 (VEC)
                                                             :
              -against- :             <u>ORDER</u>
                                                              :
WAGAN CORPORATION, :
                                                              :
                                   Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 11, 2020, the Court issued an order instructing Plaintiff's counsel to apply for a default judgment not later than December 11, 2020, if Defendant failed to appear by November 20, 2020 (Dkt. 10);

       WHEREAS the Court ordered that Plaintiff serve the Court's November 11, 2020 Order on Defendant not later than November 16, 2020, and file proof of service on the docket not later than November 18, 2020 (Dkt. 10);

       WHEREAS on November 25, 2020, after Plaintiff failed to file proof of service on the docket, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to comply with the Court's orders pursuant to Federal Rule of Civil Procedure 41(b) (Dkt. 11); and

       WHEREAS as of the date of this Order, Plaintiff has failed to respond or otherwise show cause why this case should not be dismissed;

IT IS HEREBY ORDERED that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).  The Clerk of Court is respectfully requested to terminate all open motions and to close this case.

**SO ORDERED.**

**Date:  December 7, 2020**
      **New York, NY**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**